GREGORY M. SCHULMAN, ESQ.
Nevada Bar No. 5766
THORNDAL ARMSTRONG PC
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, NV 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: gms@thorndal.com

Attorneys for Plaintiff
ACUITY, A Mutual Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ACUITY, A Mutual Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY MANAGEMENT OF LAS VEGAS, LLC DBA RENTMAX PROPERTY MANAGEMENT, a limited liability company; PATRICIA SNYDER, an individual,<br><br>Defendants. | CASE NO.: 2:25-cv-00704<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| REAL PROPERTY MANAGEMENT OF LAS VEGAS, LLC DBA RENTMAX PROPERTY MANAGEMENT, a limited liability company,<br><br>Defendant/Counter-Claimant,<br><br>ACUITY, A Mutual Insurance Company,<br><br>Plaintiff/Counter-Defendant. | |

COME NOW the parties, by and through their counsel of record, and hereby stipulate to dismiss the above-captioned action in its entirety, including all claims and counter-claims, with prejudice. Due to settlement of the underlying litigation, *Patricia Snyder v. Real Property*

*Management of Las Vegas, LLC dba Rentmax Property Management, et al.,* Eighth Judicial District Court, Clark County, Nevada, Case No. A-24-885921-C, upon which this lawsuit was based, all the claims in this case are now moot. Each party shall bear its own attorneys' fees and costs.

Dated: October 14, 2025.

/s/ Greg Schulman

_____
GREGORY M. SCHULMAN, ESQ.
NV Bar No. 5766
**THORNDAL ARMSTRONG, PC**
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, NV 89101
Ph: (702) 366-0622
Fax: (702) 316-4114
E-Mail: gms@thorndal.com
*Attorneys for Plaintiff/Counter-Defendant*
ACUITY

Dated: October 14, 2025.

/s/ Adam Gill

_____
PATRICK W. KANG, ESQ.
NV Bar No. 10381
KYLE TATUM, ESQ.
Nevada Bar No. 13264
ADAM GILL, ESQ.
Nevada Bar No. 11575
**ACE LAW GROUP**
6480 W. Spring Mountain Road, Ste. 1
Las Vegas, NV 89146
Ph: (702) 333-4223
Fax: (702) 507-1468
E-Mail: filing@acelawgroup.com
*Attorneys for Defendant*
PATRICIA SNYDER

Dated: October 14, 2025.

/s/ G. Mark Albright

_____
G. Mark Albright, Esq., (SBN#1394)
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
T: (702) 384-7111
F: (702) 384-0605
Email: gma@albrightstoddard.com
*Attorneys for Defendant/Counter-Claimant*
Real Property Management of Las Vegas, LLC DBA Rentmax Property Management

Acuity v. Real Property Management of Las Vegas, LLC et al
Case No. 2:25-cv-00704

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _____

# Greg Schulman

| | |
|---|---|
| **From:** | Adam Gill <agill@acelawgroup.com> |
| **Sent:** | Monday, October 13, 2025 3:49 PM |
| **To:** | Mark Albright; Greg Schulman |
| **Cc:** | Bonnie J. Hastings; Bud Stoddard; Lainey Hare |
| **Subject:** | Re: Acuity v. Rentmax et al. SAO for dismissal |

I concur. My client has now signed the release.

Thank you for giving me the time to get that done.

Have a great night.

Adam L. Gill, Esq.
Partner

ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste 1
Las Vegas, NV 89146
P: 702.333.4223
F: 702.507.1468
www.acelawgroup.com

NOTICE: If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at (702) 333-4223 and delete this E-mail message and any attachments from your workstation or network mail system.

If you are a client or work for a client of ACE LAW GROUP or have consulted with the law firm for potential representation, this E-mail is protected by the attorney-client privilege and the work product doctrine. This E-mail is not intended for release to opposing parties, opposing counsel or any other third person or entity. Caution should be used when forwarding this E-mail to others within the company as the privilege may be lost. Copies of this E-mail should not be kept in your regular files.

**From:** Mark Albright <gma@albrightstoddard.com>
**Sent:** Monday, October 13, 2025 2:33 PM
**To:** Greg Schulman <gms@thorndal.com>; Adam Gill <agill@acelawgroup.com>
**Cc:** Bonnie J. Hastings <bjh@thorndal.com>; Bud Stoddard <bstoddard@albrightstoddard.com>; Lainey Hare <lhare@albrightstoddard.com>
**Subject:** RE: Acuity v. Rentmax et al. SAO for dismissal

I believe this is the final version that we have all approved.

**From:** Mark Albright
**Sent:** Thursday, October 9, 2025 9:49 AM
**To:** 'Greg Schulman' <gms@thorndal.com>; Adam Gill <agill@acelawgroup.com>
**Cc:** Bonnie J. Hastings <bjh@thorndal.com>; Bud Stoddard <bstoddard@albrightstoddard.com>; Lainey Hare <lhare@albrightstoddard.com>
**Subject:** RE: Acuity v. Rentmax et al. SAO for dismissal

Just added a sentence for clarification purposes attached.
Thanks,
Mark

**From:** Greg Schulman <gms@thorndal.com>
**Sent:** Wednesday, October 8, 2025 7:35 AM
**To:** Mark Albright <gma@albrightstoddard.com>; Adam Gill <agill@acelawgroup.com>
**Cc:** Bonnie J. Hastings <bjh@thorndal.com>; Bud Stoddard <bstoddard@albrightstoddard.com>; Lainey Hare <lhare@albrightstoddard.com>
**Subject:** RE: Acuity v. Rentmax et al. SAO for dismissal

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

I know we are waiting for Adam's client to sign settlement documents in the underlying litigation, but since I had a rare 30 seconds to get to this, attached is the revised stipulation for dismissal. Let me know if this is agreeable to everyone and that I can submit it <u>once Adam gives the go-ahead to do so after his client signs the settlement documents</u>.

Let me know if you have any questions.

**From:** Mark Albright <gma@albrightstoddard.com>
**Sent:** Monday, October 6, 2025 9:32 AM
**To:** Greg Schulman <gms@thorndal.com>; Adam Gill <agill@acelawgroup.com>
**Cc:** Bonnie J. Hastings <bjh@thorndal.com>; Bud Stoddard <bstoddard@albrightstoddard.com>; Lainey Hare <lhare@albrightstoddard.com>
**Subject:** RE: Acuity v. Rentmax et al. SAO for dismissal

Greg,
Congratulations on reaching a resolution. My only suggestion is that the **Stipulation and Order for Dismissal with Prejudice** should expressly identify the underlying state-court matter—
*Patricia Snyder v. Real Property Management of Las Vegas, LLC dba Rentmax Property Management, et al.*, Eighth Judicial District Court, Clark County, Nevada, Case No. A-24-885921-C—
as the "underlying litigation" that has been settled, thereby rendering the federal coverage action moot.

2

Could you please circulate the next draft when convenient?
Thanks,
Mark


**From:** Greg Schulman <gms@thorndal.com>
**Sent:** Friday, October 3, 2025 10:50 AM
**To:** Mark Albright <gma@albrightstoddard.com>; Adam Gill <agill@acelawgroup.com>
**Cc:** Bonnie J. Hastings <bjh@thorndal.com>
**Subject:** Acuity v. Rentmax et al.

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Mark and Adam:

I was informed the underlying litigation settled, making the dec relief action moot. I have been instructed to end this litigation. I attached a stip and order for dismissal. It does include dismissal of Rentmax's counterclaim, so I wanted to be sure to note this issue for you.

Please let me know if I can submit this to the court with your e-signature. Let me know if you have any questions.


Gregory M. Schulman | Partner | Thorndal Armstrong PC
600 S. Las Vegas Blvd, Ste. 400, Las Vegas, NV 89101
Phone: (702) 366-0622 | fax: (702) 366-0327 | cell: (702) 277-2718
gms@thorndal.com

---

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

www.thorndal.com



Disclaimer
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.


Disclaimer