GREGORY M. SCHULMAN, ESQ.
Nevada Bar No. 5766
THORNDAL ARMSTRONG PC
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, NV 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: gms@thorndal.com

Attorneys for Plaintiff
ACUITY, A Mutual Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ACUITY, A Mutual Insurance Company,<br><br>          Plaintiff,<br><br>vs.<br><br>REAL PROPERTY MANAGEMENT OF LAS VEGAS, LLC DBA RENTMAX PROPERTY MANAGEMENT, a limited liability company; PATRICIA SNYDER, an individual,<br><br>          Defendants.<br> | CASE NO.: 2:25-cv-00704<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 17, 22 |
| REAL PROPERTY MANAGEMENT OF LAS VEGAS, LLC DBA RENTMAX PROPERTY MANAGEMENT, a limited liability company,<br><br>          Defendant/Counter-Claimant,<br><br>ACUITY, A Mutual Insurance Company,<br><br>          Plaintiff/Counter-Defendant. | |

   COME NOW the parties, by and through their counsel of record, and hereby stipulate to dismiss the above-captioned action in its entirety, including all claims and counter-claims, with prejudice. Due to settlement of the underlying litigation, *Patricia Snyder v. Real Property*

-1-

*Management of Las Vegas, LLC dba Rentmax Property Management, et al.*, Eighth Judicial District Court, Clark County, Nevada, Case No. A-24-885921-C, upon which this lawsuit was based, all the claims in this case are now moot. Each party shall bear its own attorneys' fees and costs.

Dated: October 14, 2025.                    Dated: October 14, 2025.

/s/ Greg Schulman                            /s/ Adam Gill

GREGORY M. SCHULMAN, ESQ.     PATRICK W. KANG, ESQ.
NV Bar No. 5766                              NV Bar No. 10381
**THORNDAL ARMSTRONG, PC**          KYLE TATUM, ESQ.
600 S. Las Vegas Boulevard, Suite 400  Nevada Bar No. 13264
Las Vegas, NV 89101                          ADAM GILL, ESQ.
Ph: (702) 366-0622                           Nevada Bar No. 11575
Fax: (702) 316-4114                          **ACE LAW GROUP**
E-Mail: gms@thorndal.com                 6480 W. Spring Mountain Road, Ste. 1
*Attorneys for Plaintiff/Counter-Defendant*  Las Vegas, NV 89146
ACUITY                                            Ph: (702) 333-4223
                                                       Fax: (702) 507-1468
                                                       E-Mail: filing@acelawgroup.com
                                                       *Attorneys for Defendant*
                                                       PATRICIA SNYDER

Dated: October 14, 2025.

/s/ G. Mark Albright

G. Mark Albright, Esq., (SBN#1394)
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
T: (702) 384-7111
F: (702) 384-0605
Email: gma@albrightstoddard.com
*Attorneys for Defendant/Counter-Claimant*
Real Property Management of Las Vegas, LLC DBA Rentmax Property Management

Acuity v. Real Property Management of Las Vegas, LLC et al
Case No. 2:25-cv-00704

### ORDER

Based on the parties' stipulation **[ECF No. 22]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF No. 17]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 14, 2025

-3-